# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | | |
|---|---|---|
| CHARLES BRADLEY | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) CIV. ACTION NO. 6:08-cv-430 | |
| | ) Judge Schneider | |
| | ) | |
| DAN HUDSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF ATTACHMENT FOR CONTEMPT

Pursuant to the hearing held on June 6, 2012, the Marshal of the United States is ordered to take the respondent, Dan Hudson, into custody and to bring the respondent before the United States District Judge for the Eastern District of Texas, the Honorable Michael Schneider, in the City of Tyler, to answer for contempt in not obeying the Court's order dated March 23, 2012, to appear before the Court and show cause why he should not be held in contempt for violating the permanent injunction entered by the Court on September 10, 2010.

Upon taking the respondent into his custody, the Marshal of the United States shall immediately notify the Court so that the Court can set a hearing on this matter as soon as possible.

The Marshal of the United States is ordered to detain the respondent in custody until the Court discharges him.

**It is SO ORDERED.**

**SIGNED this 6th day of June, 2012.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE